JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. ARNOTT, JR., | NO. ED CV 08-1611 GHK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and ROBERT ADAMS, Warden, | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: ___6/16___, 2009.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE